**Kelvin A. CANADA, Plaintiff–Appellant,**

v.

**Officer Walter DAVIS; Sgt. William Wright; Sgt. Paul Payne; Capt. Dewayne Turner, Defendants–Appellees,**

**and**

**Head Nurse Vicki Phipps; Dr. Timothy Mcbride; Nurse M. Scott, Defendants.**

No. 13–6193.

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Kelvin A. Canada, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Canada v. Davis*, No. 7:11–cv–00569–SGW–PMS, 2013 WL 350335 (W.D.Va. Jan. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*